Fourth Circuit denied. *Messrs. Francis C. Brown, James M. Kane,* and *Tazewell Taylor* for petitioner. *Mr. Stewart K. Powell* for respondents.

No. 1050. COYLE ET AL. *v.* SKIRVIN ET AL. April 27, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. W. H. Brown* and *James E. Anderson* for petitioners. *Messrs. Fred P. Branson* and *D. I. Johnston* for respondents.

No. 1051. JOHNSON ET AL. *v.* KERSH LAKE DRAINAGE DISTRICT ET AL. April 27, 1942. Petition for writ of certiorari to the Supreme Court of Arkansas denied. *Messrs. Edward W. Brockman* and *Charles T. Coleman* for petitioners. *Messrs. A. H. Rowell, A. H. Rowell, Jr., J. W. Dickey,* and *A. F. House* for respondents.

No. 1058. MIDLAND COOPERATIVE WHOLESALE, INC. *v.* ICKES, SECRETARY OF THE INTERIOR, ET AL. April 27, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Daniel C. Rogers* for petitioner. *Solicitor General Fahy* and *Messrs. Robert L. Stern, Nathan R. Margold, Arnold Levy,* and *Walter Freedman* for respondents.

No. 1066. MASSACHUSETTS BONDING & INSURANCE CO. *v.* MASSEY ET AL. April 27, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Wm. N. Bonner* for petitioner. *Mr. J. C. Darroch* for respondents.